IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT SMITH,

                Plaintiff,

  v.

HALLBECK FARMS, LLC and
BADGER HOSPITALITY, INC.,

                Defendants.

ORDER

16-cv-662-jdp

---

At the November 29, 2016 telephonic hearing in this case, the court announced that it would be directing the clerk of court to reassign the six recent lawsuits filed by Scott Smith and Aaron Dalton to one district judge, pursuant to the court's October 19, 2015 Administrative Order #322 (available on the court's website). The court intended to consolidate pretrial proceedings in these cases in order to lower costs and increase efficiency. That didn't happen. Two of the cases, 16-cv-60 and 16-cv-667, already have settled. Three others have had separate pretrial conferences at which separate schedules were set, leading to trial dates on October 30, 2017 (in 16-cv-663), January 22, 2018 (in 16-cv- 724) and February 12, 2018 (in 16-cv-723).

So now we must get this case back on track. Judge Peterson could try this lawsuit on November 13, 2017, December 11, 2017, February 26, 2018, March 19, 2018, April 16, 2018 or May 7, 2018.

Not later than April 10, 2017, each side's attorney must submit a letter reporting which of these dates fits that attorney's trial calendar, and whether counsel has any date preferences. (The attorneys are welcome to consult with each other but are not required to do so). The court then will set the rest of the schedule based on the trial date it selects and then enter its standard preliminary pretrial conference order. The parties should expect a deadline to file dispositive motions about five months before trial and a discovery cutoff about five weeks before trial.

Entered this 3rd Day of April, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge